THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR11-196RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO EXTEND TIME TO FILE INDICTMENT |
| BALLARDO GOMEZ-GOMEZ, | ) | |
| Defendant. | ) | |

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS THEREFORE HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from January 9, 2012, to February 8, 2012.

IT IS FURTHER ORDERED that the period of delay from January 9, 2012, to February 8, 2012 , is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

DONE this 9 day of January 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Nancy Tenney, WSBA No. 35304
Attorney for Ballardo Gomez-Gomez
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA 98101
206/553-1100 voice
206/553-0120 facsimile
nancy_tenney@fd.org

s/Kate S. Vaughan
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA 98101-1271

ORDER TO EXTEND
TIME TO FILE INDICTMENT - 2
(Ballardo Gomez-Gomez; CR11-196RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100